```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   CENTRAL DISTRICT OF CALIFORNIA
 9                           WESTERN DIVISION
10
11  RICHARD ROBLES,                ) No. CV 07-04654-DSF (VBK)
                                   )
12              Petitioner,        ) ORDER (1) ACCEPTING AND ADOPTING
                                   ) THE REPORT AND RECOMMENDATION OF
13       v.                        ) THE UNITED STATES MAGISTRATE
                                   ) JUDGE, AND (2) DISMISSING THE
14  DEBRA DEXTER,                  ) PETITION FOR WRIT OF HABEAS
                                   ) CORPUS
15              Respondent.        )
                                   )
16  _____)
17       Pursuant to 28 U.S.C. §636, the Court has made a de novo review
18  of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's
19  Answer, Petitioner's Traverse, all of the records herein and the
20  Report and Recommendation of the United States Magistrate Judge
21  ("Report").
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

**IT IS ORDERED** that:

(1) the Court accepts and adopts the Report and Recommendation with the following modifications:

    p. 56, ln. 7: add "year" after "one";

    p. 73, ln. 14: add "claim" after "Brady";

(2) the Court declines to issue a Certificate of Appealability ("COA");[1] and

(3) Judgment be entered denying and dismissing the Petition with prejudice.

DATED: 5/5/10

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

---

[1] Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." The Supreme Court has held that, to obtain a Certificate of Appealability under §2253(c), a habeas petitioner must show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'." Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct. 1029 (2003). After review of Petitioner's contentions herein, this Court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right, as is required to support the issuance of a COA.